**UNITED STATES of America,**
**Appellee,**

v.

**Jeffrey Glenn HOLT, Appellant.**

**No. 07–2150.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 27, 2007.

Filed: Jan. 9, 2008.

Patrick J. Reinert, Assistant U.S. Attorney, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Daniel V. O'Brien, Cedar Rapids, IA, for Appellant.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jeffrey Holt appeals the sentence the district court[1] imposed after revoking his supervised release, arguing that his sentence is unreasonable. We affirm.

Specifically, we hold that Holt's 24–month prison sentence is reasonable, as it is below the statutory maximum, and it resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a). *See* 18 U.S.C. § 3583(e)(3) (upon revoking supervised release, court may require defendant to serve in prison all or part of supervised release term authorized for offense, without credit for time served on post-release supervision, maximum prison sentence is 5 years if offense underlying supervised release was Class A felony); *United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004) (district court fashioning revocation sentence must consider relevant matters and state some reason for its decision; court adequately considered § 3553(a) factors where it showed awareness of supervised-release violations, criminal history, suggested Guidelines Chapter 7 range, and statutory maximum).

Accordingly, the judgment of the district court is affirmed.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for Northern District of Iowa.